UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA,      :

                              Plaintiff,   :         14 Cr. 764 (LGS)

                 -against-            :         <u>ORDER</u>

AMAURY SORIANO,                  :

                             Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court's Order dated April 21, 2020 directed the Government to file a status letter by June 16, 2020;

WHEREAS no letter has been filed. It is hereby

**ORDERED** that the Government shall file a status letter as soon as possible but no later than **June 30, 2020**, at **noon**.

Dated: June 26, 2020
       New York, New York

                                                                 LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE