UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

UNITED STATES OF AMERICA,            :
                                     Plaintiff,    :        14 Cr. 764 (LGS)
                                                        :
               -against-             :        <u>ORDER</u>
                                                        :
AMAURY SORIANO,                        :
                                  Defendant.  :
                                                        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the Court's Order dated September 21, 2020, directed the parties to file a status letter by November 15, 2020;

       WHEREAS no letter has been filed. It is hereby

       **ORDERED** that the parties shall file a status letter as soon as possible but no later than **November 25, 2020**, at **noon**.

Dated: November 24, 2020
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**