**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2021

Via Email and ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. The parties shall file a joint status letter on March 31, 2021. The Clerk of the Court is directed to terminate the letter motion at docket number 66.
>
> Dated: January 19, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Amaury Soriano*, 14 Cr. 764 (LGS)

Dear Judge Schofield,

The Government is writing to update the court on the pending violations of supervised release for defendant Amaury Soriano. Mr. Soriano remains in state custody, where he pleaded guilty to criminal possession of a controlled substance in the first degree. According to the Assistant District Attorney handling the matter, Mr. Soriano is now scheduled to be sentenced in early March, although that date might be adjourned.

Due to both the pending sentencing and the current Covid-19 pandemic, the current plan is to wait until the resolution of Mr. Soriano's state case and/or the further abatement of the Covid-19 crisis before bringing Mr. Soriano to the Southern District of New York to address the pending violations of supervised release.

The Government respectfully requests that the Court set a date in late March, or any other date that the Court finds is appropriate, for a further update letter from the Government.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Sarah Krissoff
Sarah Krissoff
Assistant United States Attorney
(212) 637-2232

cc: Robert Walsh, United States Probation Officer (via email)
Edgar Fankbonner, Esq. (attorney for Amaury Soriano) (via email)